STATE OF CONNECTICUT *v.* JOHN J. CABRAL

The Supreme Court docket number is SC 17019.

*Michele C. Lukban,* assistant state's attorney, in support of the petition.

*Jeremiah Donovan,* special public defender, in opposition.

Decided June 25, 2003

STATE OF CONNECTICUT *v.* CRUZ SAEZ

*Damon A. R. Kirschbaum,* special public defender, in support of the petition.

*Melissa L. Streeto,* deputy assistant state's attorney, in opposition.

Decided June 25, 2003

NANCY LEWIS *v.* STATE OF CONNECTICUT

KATZ, J., dissenting. I would grant the plaintiff's petition for certification for appeal.

*Nancy Lewis,* pro se, in support of the petition.

Decided June 25, 2003

## CARTHANIEL BALDWIN *v.* COMMISSIONER OF CORRECTION

*Carthaniel Baldwin,* pro se, in support of the petition.

Decided June 25, 2003

## CHARLES BELLINO *v.* COMMISSIONER OF CORRECTION

SULLIVAN, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.